UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

MOUSA MOHAMMAD SHEIKH-ALI,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

CAUSE NO. 3:26-CV-972-DRL-SJF

ORDER

Mousa Mohammad Sheikh-Ali, by counsel, was granted until August 6, 2026, to file a supplemental reply brief. ECF 12. However, on August 6, 2026, Sheikh-Ali filed his initial reply brief for the second time rather than a supplemental reply brief tailored to the court's concerns and the respondents' supplemental response brief. Consequently, it appears that Sheikh-Ali has inadvertently filed the wrong reply brief, so the court will set a deadline affording him a brief opportunity to correct this error.

For these reasons, the court GRANTS Mousa Mohammad Sheikh Ali until August 14, 2026, to file a supplemental reply brief.

SO ORDERED on August 10, 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge